39 A.3d 995

COMMONWEALTH of Pennsylvania, Respondent

v.

Sharif FOWLER, Petitioner.

No. 148 EM 2011.

Supreme Court of Pennsylvania.

March 9, 2012.

## ORDER

PER CURIAM.

AND NOW, this 9th day of March, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas of Corpus is **DENIED.**

39 A.3d 995

Steven JOHNSON, Appellant

v.

COMMONWEALTH of Pennsylvania, Appellee.

No. 106 MAP 2011.

Supreme Court of Pennsylvania.

March 12, 2012.

## ORDER

PER CURIAM.

AND NOW, this 12th day of March, 2012, the above captioned appeal is quashed for failure to file a brief.